AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Dawn J Duncan

Plaintiff,

V.

Wells Fargo Home Mortgage, National Default Servicing Corporation

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-00864-JCM-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgments is hereby entered in favor of Defendants, Wells Fargo Home Mortgage and National Default Servicing Corporation, against Plaintiff, Dawn J. Duncan.

July 28, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk