# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN J. DUNCAN, | 2:11-CV-00864-JCM-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| WELLS FARGO HOME MORTGAGE. *et al.*, | |
| Defendants. | |

Presently before the court is plaintiff Dawn J. Duncan's motion for leave to proceed in forma pauperis on appeal. (Doc. #17). Defendants have not replied.

Good cause appearing from Ms. Duncan's motion and court approved form affidavit accompanying motion for permission to appeal in forma pauperis,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to proceed in forma pauperis on appeal (doc. #17) be, and the same hereby is, GRANTED.

DATED: August 26, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE